# Court of Appeals
# of the State of Georgia

ATLANTA,  January 19, 2023

*The Court of Appeals hereby passes the following order:*

**A23A0799. MARK ALAN BEUTE et al. v. SELENE FINANCE, LP et al.**

Mark Alan Beute and Ruth Charlene Beute filed suit against Selene Finance, LP, Brock & Scott PLLC, and Hotel Motel Group USA, Inc., seeking to enjoin a foreclosure sale. The trial court dismissed the complaint, and the Beutes appealed. We affirmed the trial court's ruling. See Case No. A22A1502 (Nov. 4, 2022). The case was remitted to the trial court, which entered an order making our ruling the order of the trial court. The Beutes now appeal the trial court's order upon remittitur.

The Beutes may not appeal the trial court's order upon remittitur. The trial court made no new ruling; it simply made the decision of this Court part of the record below. And the Beutes may not relitigate issues already decided by this Court. See *Massey v. Massey*, 294 Ga. 163, 165 (2) (751 SE2d 330) (2013) ("'[A] party is not entitled to a second appeal from a single order.'"). "It is axiomatic that the same issue cannot be relitigated ad infinitum. The same is true of appeals of the same issue on the same grounds. Our determination in the earlier appeal is res judicata; the instant appeal is therefore barred, and we are without jurisdiction to review this same matter for a second time." *Echols v. State*, 243 Ga. App. 775, 775 (534 SE2d 464) (2000) (footnote and punctuation omitted).

Accordingly, the Beutes present no issue for review, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,* _01/19/2023_

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*